# DUNAN *v.* THE UNITED STATES.

No. 513. Submitted October 8, 1895. Decided November 4, 1895.

HEARING on an appeal by a defendant indicted for and convicted of adultery. *Affirmed.*

*Mr. W. E. Poulton* for the appellant.

*Mr. A. A. Birney,* U. S. Attorney for the District of Columbia, and *Mr. Tracy L. Jeffords,* Assistant Attorney, for the United States.

Mr. Chief Justice ALVEY delivered the opinion of the Court:

In this case, the questions being substantially the same as those in the case of *Chase and Jackson* v. *The United States,* just decided in the foregoing opinion (*ante,* p. 149), it is stipulated that the same judgment entered in the one case shall be entered in the other; and as judgment of affirmance is entered in the case of *Chase and Jackson* v. *United States,* in accordance with the foregoing opinion, judgment of affirmance is accordingly entered in this.

*Judgment affirmed.*